

# Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00264-CR

**EX PARTE** Kyle **MILLER**

Original Habeas Corpus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  April 30, 2014

PETITION FOR WRIT OF HABEAS CORPUS DISMISSED FOR LACK OF JURISDICTION

On April 21, 2014, relator Kyle Miller filed a pro se petition for writ of habeas corpus requesting that this court order his release on bail pending the appeal of his conviction and sentence. Miller was convicted of murder and sentenced to eight years' incarceration by a jury in December 2013.[2]

This court, as an intermediate court of appeals, is not authorized to grant the relief requested. In criminal matters, an intermediate court of appeals has no jurisdiction to consider an original application for writ of habeas corpus. TEX. CONST. art. V, §§ 5, 6; *Chavez v. State*, 132 S.W.3d 509, 510 (Tex. App.—Houston [1st Dist.] 2004, no pet.); *Watson v. State*, 96 S.W.3d 497,

---

[1] This proceeding arises out of Cause No. 2011CR5502, styled *The State of Texas v. Kyle Miller*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.

[2] Miller's direct appeal of his judgment of conviction and sentence was initiated in January 2014 and is presently pending before this court in Appeal No. 04-14-00041-CR, styled *Kyle Miller v. The State of Texas*.

500 (Tex. App.—Amarillo 2002, pet. ref'd); *Dodson v. State*, 988 S.W.2d 833, 835 (Tex. App.—San Antonio 1999, no pet.). In criminal matters, the courts authorized to issue writs of habeas corpus are the Texas Court of Criminal Appeals, district courts, and county courts. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05 (West 2005). Therefore, the petition for writ of habeas is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH